UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN HUE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-4313** |
| **DARRYL VANNOY** | **SECTION: "E"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge[1], and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[2] of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Dean Hue is **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 30th day of November, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc.12.
[2] *Id.*